UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: 06-05884 CRB<br><br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| Stephen Farner and Carolyn Farner,<br><br>                              Plaintiffs,<br><br>                 vs.<br><br>Pfizer Inc.<br><br>                              Defendant. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| This Document Relates to:<br><br>Carolyn Farner | |

Come now the Plaintiff, CAROLYN FARNER, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

-1-

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

EAST\42462457.1

stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

DATED: 6/4, 2009     By: _____

BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, PC
Attorneys for Plaintiff, Carolyn Farner

DATED: June 4, 2009     By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 5, 2009     _____
Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42462457.1